The People of the State of New York, Respondent, v Nathan Cobb, Appellant. [903 NYS2d 298]—Appeals by the de-

fendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Firetog, J.), both imposed June 4, 2009, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Dillon, Angiolillo, Belen and Roman, JJ., concur.